### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Younes S Wadi | CHAPTER 7 |
| Debtor(s) | |
| Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital | |
| Movant | NO. 17-14885 AMC |
| vs. | |
| Younes S Wadi | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw | |
| Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 CHRYSLER 300, VIN: 2C3CCAAG8EH231032  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   11th  day of September, 2017.

_____

Ashely M. Chan, U .S. Bankruptcy Judge

cc: See attached service list

Younes S Wadi
7225 Large Street
Philadelphia, PA 19149

Christian A. Dicicco, 2008 Chestnut Street
Philadelphia,, PA 19103

Terry P. Dershaw
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532