```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                          Case No. 17-14885-amc
Younes S. Wadi                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: John              Page 1 of 1          Date Rcvd: Sep 11, 2017
                              Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db             +Younes S. Wadi,    7225 Large Street,    Philadelphia, PA 19149-1102
13954216       +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
13969073       +Santander Consumer USA Inc.,    c/o Rebecca A. Solarz, Esq.,    KML Law Group PC,
                 701 Market St., Ste 5000,    Phila., PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 12 2017 02:47:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2017 02:46:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2017 02:47:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 02:47:46     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13970100*      +Santander Consumer USA Inc.,    c/o Rebecca A. Solarz, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
          CHRISTIAN A. DICICCO    on behalf of Debtor Younes S. Wadi cdicicco@myphillybankruptcylawyer.com,
           christianadicicco@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Santander Consumer USA Inc., an Illinois corporation
           d/b/a Chrysler Capital bkgroup@kmllawgroup.com
          TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Younes S Wadi<br>**Debtor(s)** | CHAPTER 7 |
| Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital<br>**Movant**<br>vs. | NO. 17-14885 AMC |
| Younes S Wadi<br>**Debtor(s)** | 11 U.S.C. Section 362 |
| Terry P. Dershaw<br>**Trustee** | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 CHRYSLER 300, VIN: 2C3CCAAG8EH231032 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  11th  day of September, 2017.

Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Younes S Wadi
7225 Large Street
Philadelphia, PA 19149

Christian A. Dicicco, 2008 Chestnut Street
Philadelphia,, PA 19103

Terry P. Dershaw
P.O. Box 556
Warminster, PA 18974-0632

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532