United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14885-amc
Younes S. Wadi                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                Page 1 of 1             Date Rcvd: Oct 27, 2017
                              Form ID: 195               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db             +Younes S. Wadi,    7225 Large Street,    Philadelphia, PA 19149-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor    Younes S. Wadi cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Santander Consumer USA Inc., an Illinois corporation d/b/a Chrysler Capital bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 7

Younes S. Wadi                                                  : Case No. 17−14885−amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

23
Form 195